UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONY R. LARA ARGUETA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WATSONVILLE, et al.,<br><br>Defendants. | Case No.  20-cv-01728-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/12/2023

DESIGNATION OF EXPERTS: 5/26/2023; REBUTTAL: 6/9/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 6/30/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/7/2023;
    Opp. Due: 7/21/2023; Reply Due: 7/28/2023;
    and set for hearing no later than 8/10/2023 at 10:00 AM.

PRETRIAL PAPERWORK due: 8/22/2023.
PRETRIAL CONFERENCE DATE: 9/5/2023 at 3:30 PM.

JURY TRIAL DATE: 9/18/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 12, 2022

_____
SUSAN ILLSTON
United States District Judge