KATHLEEN E. WELLS, CSB No. 107051
Attorney at Law
3393 Maplethorpe Lane
Soquel, California 95073
Telephone: (831) 461-5073
Email: lioness@got.net

Attorney for Plaintiff JHONY R. LARA ARGUETA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONY R. LARA ARGUETA,<br><br>    Plaintiff,<br><br>   v.<br><br> CITY OF WATSONVILLE; Officer AYALA; Officer BRIVIESCA; Officer MAGANA; Officer M. WILLIAMS; Officer B. FULGONI; and DOES 1 through 30,<br><br>    Defendants. | Case No.  20-cv-01728  SI<br><br>PLAINTIFF'S REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS<br><br>[PROPOSED] ORDER |

Having reached an amicable settlement on all issues of the complaint herein, Plaintiff, by and through his attorney of record, hereby requests that the court order the dismissal with prejudice of all defendants in this action.

June 21, 2023                              _____/s/ Kathleen E. Wells_____
                                                     Kathleen E. Wells,  Attorney  for Plaintiff

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR

The court grants plaintiff's request for dismissal with prejudice of all defendants in this action.

Dated: June 21, 2023

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE